An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL
RIGHTS AS TO MINOR W.

DEANN W.,
Appellant,
vs.
DANIEL W.,
Respondent.

No. 61975

**FILED**

FEB 20 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Matin_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Following the docketing of this proper person appeal, this court gave appellant 40 days to file and serve her civil proper person appeal statement. Appellant's civil appeal statement was due in this court by December 4, 2012. To date, appellant has failed to file her civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

_____

[1]In light of this order, we deny appellant's motion to proceed in forma pauperis as moot.

13-05319

cc:  Hon. Kenneth E. Pollock, District Judge
     DeAnn W.
     Daniel W.
     Eighth District Court Clerk